# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DERRICK LAMAR MCKNIGHT, | Case No. 3:17-cv-00681-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

Respondents have filed two motions for enlargement of time (ECF Nos. 12, 14). Good cause appearing, it is therefore ordered that Respondents' motions for enlargement of time (ECF Nos. 12, 14) are granted. Respondents need not file a response to the petition for a writ of habeas corpus (ECF No. 6) until after the court rules on petitioner's motions for leave to amend (ECF No. 10) and relief from judgment (ECF No. 11).

DATED THIS 6th day of September, 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE