UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DERRICK LAMAR MCKNIGHT,<br><br>                   Petitioner,<br>    v.<br><br>WARDEN BAKER, *et al.*,<br><br>                   Respondents. | Case No. 3:17-cv-00681-MMD-CBC<br><br>ORDER |

Petitioner filed an unopposed motion for extension of time (first request). (ECF No. 23.) The Court finds that good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 23) is granted. Petitioner will have through October 17, 2019, to file an amended petition.

DATED THIS 10th day of July 2019.

                                                      MIRANDA M. DU
                                                      UNITED STATES DISTRICT JUDGE