UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DERRICK LAMAR MCKNIGHT,<br><br>                  Petitioner,<br>    v.<br>WARDEN BAKER, *et al.*,<br><br>                  Respondents. | Case No. 3:17-cv-00681-MMD-CBC<br><br>ORDER |

    Before the Court is Petitioner's unopposed motion for extension of time (second request). (ECF No. 25.) The Court finds that good cause exists to grant the motion.

    It is therefore ordered that Petitioner's unopposed motion for extension of time (second request) (ECF No. 25) is granted. Petitioner will have up to and including January 15, 2020, to file an amended petition.

    DATED THIS 11th day of October 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE