UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DERRICK LAMAR MCKNIGHT,<br><br>　　　　　　　　Petitioner,<br>　v.<br>WARDEN BAKER, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:17-cv-00681-MMD-CLB<br><br>ORDER |

Petitioner filed an unopposed motion for extension of time (third request). (ECF No. 28.) The Court finds that good cause exists to grant the motion.

It is therefore is ordered that Petitioner's unopposed motion for extension of time (third request) (ECF No. 28) is granted. Petitioner will have up to and including April 14, 2020, to file an amended petition.

DATED THIS 16th day of January 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE