UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DERRICK LAMAR MCKNIGHT, | Case No. 3:17-cv-00681-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

Petitioner filed an unopposed motion for extension of time (fourth request). (ECF No. 31.) The Court finds that good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 31) is granted. Petitioner will have up to and including July 13, 2020, to file an amended petition.

DATED THIS 15th day of April 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE