1
2
3            UNITED STATES DISTRICT COURT
4                 DISTRICT OF NEVADA
5                      * * *

6    DERRICK LAMAR MCKNIGHT,              Case No. 3:17-cv-00681-MMD-CLB

7                        Petitioner,              ORDER
          v.
8    WARDEN BAKER, *et al.*,

9                        Respondents.

10

11        Petitioner filed an unopposed motion for extension of time (fifth request). (ECF No.

12   33.) The Court finds good cause exists to grant the motion.

13        It is therefore ordered that Petitioner's unopposed motion for extension of time (fifth

14   request) (ECF No. 33) is granted. Petitioner will have up to and including November 10,

15   2020, to file an amended petition.

16        DATED THIS 20th day of July 2020.

17
18        _____
19        MIRANDA M. DU
          CHIEF UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28