UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DERRICK LAMAR MCKNIGHT,<br><br>                 Petitioner,<br>    v.<br><br>WARDEN BAKER, *et al.*,<br><br>                 Respondents. | Case No. 3:17-cv-00681-MMD-CLB<br><br>ORDER |

Petitioner has filed an unopposed motion for extension of time (sixth request) (ECF No. 35). The Court finds that good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 35) is granted *nunc pro tunc.* Petitioner will have up to and including March 10, 2021, to file an amended petition.

DATED THIS 12th Day of November 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE