UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DERRICK LAMAR MCKNIGHT,<br><br>       Petitioner,<br> v.<br><br>WARDEN BAKER, *et al.*,<br><br>       Respondents. | Case No. 3:17-cv-00681-MMD-CLB<br><br>ORDER |

  Petitioner has filed an unopposed motion for extension of time (seventh request) (ECF No. 37). The Court finds that good cause exists to grant the motion.

  It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 37) is granted. Petitioner will have up to and including June 9, 2021, to file an amended petition.

  DATED THIS 10th Day of March 2021.

                   _____
                   MIRANDA M. DU
                   CHIEF UNITED STATES DISTRICT JUDGE