1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DERRICK LAMAR MCKNIGHT,

                Petitioner,

   v.

WARDEN BAKER, *et al.*,

                Respondents.

Case No. 3:17-cv-00681-MMD-CLB

ORDER

      This is a habeas corpus action under 28 U.S.C. § 2254. Petitioner has filed a motion for discovery. (ECF No. 41.) Respondents do not oppose the motion, subject to some understandings between counsel for Petitioner and counsel for Respondents. (ECF No. 42.) The Court finds that good cause exists to grant the motion.

      To avoid an anomaly in deadlines, the Court will extend the due date to file an amended petition past the due date for completion of discovery.

      It is therefore ordered that Petitioner's motion for discovery (ECF No. 41) is granted. Discovery must be completed by September 17, 2021.

      It is further ordered that Petitioner will have up to and including September 24, 2021, to file an amended petition.

      DATED THIS 16th Day of July 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE