# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DERRICK LAMAR MCKNIGHT,<br><br>      Petitioner,<br> v.<br><br>WARDEN BAKER, *et al.*,<br><br>      Respondents. | Case No. 3:17-cv-00681-MMD-CLB<br><br>ORDER |

  Petitioner has filed an unopposed motion to extend the discovery deadline and corresponding amended petition. (ECF No. 44.) The Court finds good cause exists to grant the motion.

  It is therefore ordered that Petitioner's motion to extend the discovery deadline and corresponding amended petition (ECF No. 44) is granted. Petitioner will have up to and including October 18, 2021, to complete discovery.

  It is further ordered that Petitioner will have up to and including January 18, 2022, to file an amended petition.

  DATED THIS 7th Day of September 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE