UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DERRICK LAMAR MCKNIGHT,

                       Petitioner,

   v.

WARDEN BAKER, *et al.*,

                     Respondents.

Case No. 3:17-cv-00681-MMD-CLB

ORDER

Petitioner has filed an unopposed motion for extension of time to file an amended § 2254 petition (ninth request). (ECF No. 46.) The Court finds good cause exists to grant the motion. However, given the number of prior requests, the length of the extension currently requested, and the age of this action, this will be the last extension of time to file an amended petition that the Court will grant.

It is therefore ordered that Petitioner's unopposed motion for extension of time to file an amended § 2254 petition (ECF No. 46) is granted. Petitioner will have up to and including April 18, 2022, to file an amended petition. No further extensions of time will be given to file an amended petition.

DATED THIS 25th Day of January 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE