UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DERRICK LAMAR MCKNIGHT,<br><br>               Petitioner,<br>    v.<br>WARDEN BAKER, *et al.*,<br><br>               Respondents. | Case No. 3:17-cv-00681-MMD-CLB<br><br>ORDER |

Respondents seek an extension of time to file an answer to Derrick Lamar McKnight's 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 50.) They indicate that Petitioner does not object to the extension. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' first motion for extension of time to file an answer to the petition (ECF No. 50) is granted. The deadline to file the answer is extended to September 18, 2022.

DATED THIS 27th Day of June 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE