UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DERRICK LAMAR MCKNIGHT, | Case No. 3:17-cv-00681-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file a response to Derrick Lamar McKnight's 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 52.) They indicate that Petitioner does not object to the extension. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion. The Court is unlikely, absent extraordinary circumstances, to grant any further extension.

It is therefore ordered that respondents' second motion for extension of time to file a response to the petition (ECF No. 52) is granted. The deadline to file the response is extended to November 11, 2022.

DATED THIS 19th Day of September 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE