UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DERRICK LAMAR MCKNIGHT,<br><br>                Petitioner,<br>    v.<br>WARDEN BAKER, *et al.*,<br><br>                Respondents. | Case No. 3:17-cv-00681-MMD-CLB<br><br>ORDER |

Petitioner Derrick Lamar McKnight seeks an extension of time to respond to Respondents' motion to dismiss his 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 58.) McKnight's counsel, the Federal Public Defender, explains that she needs to review documents with McKnight. However, Lovelock Correctional Center will not schedule a confidential call; thus, she needs to arrange to travel to Lovelock to personally meet with McKnight. (*Id.*) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed first motion for extension of time to file a response to the motion to dismiss (ECF No. 58) is granted. The deadline to file the response is extended to February 23, 2022.

DATED THIS 23rd Day of November 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE