# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DERRICK LAMAR MCKNIGHT,<br><br>            Petitioner,<br>     v.<br><br>WARDEN BAKER, *et al.*,<br><br>            Respondents. | Case No. 3:17-cv-00681-MMD-CLB<br><br>ORDER |

Petitioner Derrick Lamar McKnight asks the Court to reconsider the prior denial in part of his motion for extension of time to respond to Respondents' motion to dismiss his 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 64.) Previously, the Court granted McKnight's motion in part, giving him a thirty-day extension. (ECF No. 63.)

Counsel for McKnight explains that she needs a further extension because Lovelock Correctional Center ("LCC") has only just recently agreed that if counsel schedules a visit during the designated weekend days, the prison will ensure that she has use of the attorney room so that she can have a confidential and privileged meeting with McKnight. Counsel lives in Portland, Oregon. Respondents have indicated that they do not oppose. (*Id.*) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that McKnight's motion for reconsideration (ECF No. 64) is granted. The deadline to file the response is extended to May 26, 2023.

DATED THIS 21st Day of March 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE