UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DERRICK LAMAR MCKNIGHT,<br><br>Petitioner,<br>v.<br><br>WARDEN BAKER, *et al.*,<br><br>Respondents. | Case No. 3:17-cv-00681-MMD-CLB<br><br>ORDER |

Petitioner Derrick Lamar McKnight seeks a 90-day extension of time to respond to Respondents' motion to dismiss his 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 66.) Respondents do not oppose. Counsel for McKnight explains that she needs a further extension because she has to travel from Portland, Oregon to Lovelock Correctional Center ("LCC") to meet in-person with McKnight because LCC refuses to schedule a confidential call. She explains that she needs to review documents with McKnight in a confidential setting. Counsel states that she had a visit scheduled for April 8 but has been out of the office for the last several weeks due to illness. She is working with LCC to reschedule the visit. (*Id.*)

The Court finds that the request is made in good faith and not solely for the purpose of delay. Therefore, good cause exists to grant the motion in part. McKnight has already been granted lengthy extensions to respond to the motion to dismiss. The Court grants McKnight an extension of 60 days. Counsel for McKnight is advised that if she does not respond to the motion by that deadline, the motion will deemed submitted.

///

///

1  It is therefore ordered that Petitioner's unopposed third motion for extension of
2  time to respond to the motion to dismiss (ECF No. 66) is granted in part and denied in
3  part. The deadline to file the response is extended to July 26, 2023.
4  DATED THIS 23rd Day of May 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE