UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DERRICK LAMAR MCKNIGHT, | Case No. 3:17-cv-00681-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

Petitioner Derrick Lamar McKnight brings this 28 U.S.C. § 2254 habeas corpus action. On June 6, 2024, the Court granted McKnight's motion for a stay and abeyance pending the resolution of his state postconviction proceedings and directed the Clerk of Court to administratively close this case. (ECF No. 79.) Michelle A. Ryan, a member of the Criminal Justice Act ("CJA") panel of attorneys, was appointed counsel in this case. Ryan has filed a motion to withdraw and request to substitute CJA counsel. (ECF No. 81 ("Motion").) She states that she has taken a full-time staff attorney position with the Oregon Law Center. She further notes that continued representation of McKnight would result in an unreasonable financial burden for Ryan as she would have to maintain her own Professional Liability Fund insurance. Good cause appearing, the Court grants the Motion. Jean J. Schwartzer has already filed a notice of association of counsel and will continue to serve as counsel. (ECF No. 78.)

It is therefore ordered that Petitioner's motion to withdraw counsel (ECF No. 81) is granted. Michelle A. Ryan is released as counsel.

///

///

///

///

It is further ordered that Petitioner will continue to be represented by Jean J. Schwartzer, who has already appeared on his behalf.

DATED THIS 18th Day of April 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE